**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Bryon Nichols**, <br> Plaintiff, <br><br> vs. <br><br> **GC Services, LP** <br> Defendant. | Case No. CV 08-1491-PHX-FJM <br><br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Bryon Nichols, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment (Document 114) entered in this action on December 10, 2009, and from the Order denying Plaintiff's motion for summary judgment, and granting in part/denying in part Defendant's motion for summary judgment (Document 91) entered in this action on October 27, 2009.

Dated this 17th day of December, 2009.

                                    By:   /s/Marshall Meyers
                                    Marshall Meyers (020584)
                                    WEISBERG & MEYERS, LLC
                                    5025 North Central Ave. #602
                                    Phoenix, AZ 85012
                                    Attorney for Plaintiff

1 Filed electronically on this 17th day of December, 2009, with:

2 United States District Court CM/ECF system

3
4 Notification sent electronically via the Court's ECF system on this 17th day of December, 2009, to:

5 Victoria L. Orze
6 Hinshaw & Culbertson, LLP
3200 N. Central Ave Suite 800
7 Phoenix AZ 85012

s/ Marshall Meyers
Marshall Meyers